| Date | Pleading Number | |
|---|---|---|
| 4/21/75 | 1. | MOTION & SUPPORTING BRIEF -- defendant J. P. Stevens & Co. Averments of Fact in Support of Motion; Schedule of Cases Affected by Motion; and Certificate of Service by mail on Counsel and Clerk of Court. REQUESTED ACTION: Transfer to a single district and a single judge. (Ltr. fr. Clerk to movant re: service of add'l def. in A-1 -- dtd. 4/29/75) |
| 5/5/75 | | AMENDED CERTIFICATE OF SERVICE FROM MOVANT |
| 5/5/75 | 2 | RESPONSE -- ADAMS MILLIS CORP. w/cert of service |
| 5/5/75 | 3 | RESPONSE -- KAYSER-ROTH CORP. w/cert. of service |
| 5/6/75 | 4 | RESPONSE -- BURLINGTON INDUSTRIES INC w/cert. of service |
| 5/7/75 | 5 | RESPONSE -- BREVONI HOSIERY CORP. w/cert of service |
| 5/8/75 | | REQUEST FOR EXTENSION -- Tight, Inc. -- Granted to May 13, 1975 |
| 5/12/75 | 6 | RESPONSE -- TIGHTS, INC. w/cert. of service |
| 5/16/75 | 7 | RESPONSE -- J.P. Stevens & Co. w/cert of service |
| 5/16/75 | | WAIVER OF ORAL ARGUMENT -- J.P. Stevens Co. |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Motion of deft. J.P.Stevens Co. to transfer actions (A1 through A-5) |
| 6/18/75 | 8 | RESPONSE -- BREVONI HOSIERY CORP. w/cert. of service |
| 10/31/75 | | CONSENT OF TRANSFEREE COURT -- For Judge Woodrow Wilson Jones to handle litigation in the W.D. North Carolina under 28 U.S.C. §1407 |
| 10/31/75 | | OPINION AND ORDER -- transferring three civil actions pending in Middle North Carolina to Western North Carolina for assignment to Judge Woodrow W. Jones under 28 U.S.C. §1407 |
| 4/8/76 | | MIDDLE DISTRICT NORTH CAROLINA TIGHTS, INC. V. ALADDIN KNIT MILLS, INC. C-76-141-G TIGHTS, INC. V. CABARRUS HOSIERY CO. C-76-142-S TIGHTS, INC. V. SLANE HOSIERY MILLS, INC. C-76-143-G CTO filed today. Notified involved counsel and judges |
| | | MIDDLE DISTRICT NORTH CAROLINA |
| 4/23/76 | | TIGHTS, INC. V. ALADDIN KNIT MILLS, INC. C-76-141-G TIGHTS, INC. V. CABARRUS HOSIERY CO, C-76-142-S TIGHTS, INC. V. SLANE HOSIERY MILLS, INC. C-76-143-G CTO final today. Notified involved clerks and judges |
| 5/10/76 | | B-4 TIGHTS INC. V. AMERICAL CORP., E.D.N.C., 76-0051-Civ-S CTO filed today. Notified counsel, involved judges |
| 5/26/76 | | B-4 TIGHTS INC. V. AMERICAL CORP. E.D. N.C. 76-0051-Civ-S CTO final today. Notified involved clerks and judges |

402 F. Supp 1421 (12/31/75)

Closed

## Description of Litigation

IN RE PANTY HOSE SEAMING PATENT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 6/27/75

Date(s) of Opinion(s) or Order(s) 10/31/75

Consolidation Ordered ✓    Name of Transferee Judge Woodrow Wilson Jones

Consolidation Denied ___    Transferee District ~~MIDDLE~~ (WESTERN) District of North Carolina

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Tights, Inc. v. Adams-Millis Corp. | M.D.N.C. Ward | C-231-G-72 | 10/31/75 | ST-C-75-52 | | Court of Appeals 75/1103 |
| A-2 | Tights, Inc. v. Burlington Industries, Inc. | M.D.N.C. Gordon | C-359-G-72 | 10/31/75 | ST-C-75-53 | 10/26/76 | • |
| A-3 | Tights, Inc. v. Kayser-Roth Corp. | M.D.N.C. Ward | C-302-G-72 | 10/31/75 | ST-C-75-54 | 3/17/76 | |
| A-4 | Tights, Inc. v. Brevoni Hosiery Corp. | W.D.N.C. McMillan | ~~C-C-75-78~~ | NT | dism | 10/29/76 | |
| A-5 | Tights, Inc. v. J. P. Stevens & Co., Inc. | W.D.N.C. Jones | ST-C-74-16 | | | 9/11/75 | |
| B-1 | Tights, Inc., v. Aladdin Knit Mills, Inc. | M.D.N.C. | C-76-141-G | 4/23/76 | ST-C-76-13 | 6-24-76 | |
| B-2 | Tights, Inc., v. ~~Slane Hosiery Mills~~ Inc. | M.D.N.C. | C-76-143-G | 4/23/76 | ST-C-76-14 | 7/7/76 | |
| B-3 | Tights, Inc., v. Cabarrus ~~Hosiery Co~~ | M.D.N.C. | C-76-142-S | 4/23/76 | ST-C-76-15 | 3/23/77 | |
| B-4 | Tights, Inc. v. Americal Corp. 5/10/76 | E.D.N.C. | 76-0051-Civ-5 | 5/26/76 | ST-C-76-17 | 8/4/76 | |

DOCKET NO. 209  --  IN RE PANTY HOSE SEAMING PATENT LITIGATION  -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-5 | Tights, Inc. v. Best Wear Hosiery Mills, Inc. | M.D.N.C. | C-76-464-G | | | 11/15/76 | |
| ~~B-6~~ | Tights, Inc. v. Dependable Hosiery Mills, Inc. | M.D.N.C. | C-76-465-G | | | | |
| ~~B-7~~ | Tights, Inc. v. Liberty Hosiery Mills, Inc. | M.D.N.C | C76-525-G | | | | |
| ~~XYZ-1~~ | Tights, Inc. v. Winn Dixie Stores, Inc. | W.D.N.C | C76-0187-G | | | | |

p. _____

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 209 -- IN RE PANTY HOSE SEAMING PATENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| TIGHTS, INC.<br>Jack W. Floyd, Esquire<br>Smith, Moore, Smith, Schell & Hunter<br>Post Office Drawer G<br>Greensboro, NC  27402 | J. P. STEVENS & CO., INC.<br>ADAMS-MILLIS CORP.<br>KAYSER ROTH CORP.<br>Charles R. Park, III, Esquire<br>Parrott, Bell, Seltzer, Park & Gibson<br>Post Office Box 10337<br>Charlotte, NC  28237 |
| TIGHTS, INC. (B-7)<br>Harry H. Clendenin, III, Esquire<br>McNairy, Clifford & Clendenin<br>Gate City Bldg.<br>201 West Market Street<br>greensboro, North Carolina  27401 | BURLINGTON INDUSTRIES<br>David E. Varner, Esquire<br>Cushman, Darby & Cushman<br>8th Floor, 1801  K  St., N.W.<br>Washington, D.C.  20006 |
|  | BREVONI HOSIERY CORP.<br>Dalbert U. Shefte, Esquire<br>Richards, Shefte & Pinckney<br>1208 Cameron Brown Building<br>Charlotte, NC  28204 |
|  | JOHN OPEL FARRELL<br>Charles E. Dameron, Esquire<br>Post Office Box 1739<br>Greensboro, NC  27402 |
|  | ~~ALADDIN KNIT MILLS~~<br>Aladdin Knit Mills<br>200 East Swainano Avenue<br>Liberty, North Carolina  27298 |
|  | CABARRUS HOSIERY COMPANY<br>Cabarrus Hosiery Company<br>190-Cabarrus Avenue West<br>Concord, North Carolina  28025 |
|  | SLANE HOSIERY MILLS, INC.<br>Welch Jordan, Esquire<br>Georgian Wright & Nichols<br>P.O. Box 989<br>Caffrey Hill, North Carolina  27402 |

p. \_\_\_\_\_

| Plaintiff | Defendant |
|---|---|
| | AMERICAL CORP.<br>P.O. Box 1419<br>Hendersonville, North Carolina  27536 |
| | |
| Plaintiff | Defendant |